# Payslip

Page: 1 of 2

| Employee Name | Payroll | Position |
|---|---|---|
| Andrew Bruggman | US Biweekly | BBW-Centerton Square 02761-Store Manager-FT-Reg |
| **Associate Number** | **Salary Basis Name** | **Company** |
| 3223313 | USD Salary Exempt | Bath & Body Works, LLC |
| **Hire Date** | **Employee Address** | **Company Address** |
| 25-Mar-2018 | 8615 Ditman St<br>Philadelphia, PA 19136<br>US | 7 Limited Parkway<br>Reynoldsburg, OH 43068<br>US<br>1-866-473-4728 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 28-Sep-2025 | 11-Oct-2025 | 17-Oct-2025 | 95,900.00 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Total Earnings (with imputed earnings) | 3,690.37 | 82,449.97 |
| Less: Imputed Earnings | 1.91 | 39.41 |
| Pretax Deductions | 222.78 | 4,777.32 |
| Employee Tax Deductions | 978.57 | 22,551.94 |
| Voluntary Deductions | 82.55 | 1,816.31 |
| Net Payment | 2,404.56 | 53,264.99 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| **Earnings Details** | **Start Date** | **End Date** | **Hours** | **Rate** | **Multiple** | **Amount** |
| Regular Hourly | | | 77.80 | | | 3,587.02 |
| Salary Basis Exempt | | | 80.00 | | | 3,688.46 |
| Salary Offset | | | -77.80 | | | -3,587.02 |

| Earnings Summary | Current | Year to Date |
|---|---|---|
| Basic Life Taxable – Imputed | 1.91 | 39.21 |
| Basic Life Taxable Retro – Imputed | 0.00 | 0.20 |
| Holiday Worked | 0.00 | 0.00 |
| Holiday Worked Retro | 0.00 | 0.00 |
| Bereavement Leave Payment | 0.00 | 720.00 |
| Floating Holiday Payment | 0.00 | 2,546.55 |
| Paid Time Off Payment | 0.00 | 7,633.43 |
| Regular Hourly | 3,587.02 | 64,928.95 |
| Salary Basis Exempt | 3,688.46 | 65,938.53 |
| Salary Offset | -3,587.02 | -65,288.95 |
| Sales Bonus | 0.00 | 5,572.05 |
| Store Closed Unplanned | 0.00 | 360.00 |
| **Total Earnings** | **3,690.37** | **82,449.97** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Anthem Low Deductible Plan Before Tax | 72.81 | 1,529.01 |
| Delta Dental Plus Plan BeforeTax | 6.67 | 140.07 |
| Health Care Flexible Spending | 65.39 | 1,373.08 |
| Pre Tax 401k | 73.77 | 1,648.22 |
| VSP Signature Plan Before Tax | 4.14 | 86.94 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |

**Payslip**

|  |  |  |
|---|---:|---:|
| Federal Income Tax Withheld | **440.33** | **10,314.66** |
| Medicare Employee Withheld | **51.35** | **1,150.15** |
| Social Security Employee Withheld | **219.56** | **4,917.89** |
| State Disability Employee Withheld (NJ) | **8.48** | **189.63** |
| State Unemployment Insurance Employee Withheld (NJ) | **0.00** | **184.02** |
| Family Leave Insurance Employee Withheld (NJ) | **12.17** | **272.08** |
| State Income Tax Withheld (PA) | **108.66** | **2,433.95** |
| City Withheld (PA,Philadelphia,Philadelphia) | **138.02** | **3,089.56** |

| After Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Associate Stock Purchase | 0.00 | 1,260.00 |
| Employee Stock Purchase Adj | 0.00 | -1,276.29 |
| Legal Insurance Plan | 8.78 | 184.38 |
| Roth 401k | 73.77 | 1,648.22 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 49530790704 |  |  | XXXXXX0508 | USD | **2,404.56** |

|  | **TOTAL EARNINGS** | **FED TAXABLE WAGES** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---:|---:|---:|---:|---:|
| **Current** | **3,690.37** | **3,467.59** | **978.57** | **305.33** | **2,404.56** |
| **YTD** | **82,449.97** | **77,672.65** | **22,551.94** | **6,593.63** | **53,264.99** |

| **YEAR-TO-DATE** | **PTO*** | **NET PAY DISTRIBUTION** | | **CURRENT HOURS WORKED SUMMARY** |
|---|---:|---|---:|---:|
| **Taken** | 166.84 | **Advice#**<br>3223313 | **Account Type** **Deposit Amount**<br>**CHECKING** 2,404.56 | 80.00 |
| **Balance** | 25.16 | TOTAL | 2,404.56 |  |

*If you have a balance, the balance is not an indication of PTO payout upon termination of employment. Payout will vary by state and the actual amount of PTO accrued and unused at the time of termination.

**Payslip**                                                                                              Page: 1 of 2

| Employee Name | Payroll | Position |
|---|---|---|
| Andrew Bruggman | US Biweekly | BBW-Centerton Square 02761-Store Manager-FT-Reg |
| **Associate Number** | **Salary Basis Name** | **Company** |
| 3223313 | USD Salary Exempt | Bath & Body Works, LLC |
| **Hire Date** | **Employee Address** | **Company Address** |
| 25-Mar-2018 | 8615 Ditman St<br>Philadelphia, PA 19136<br>US | 7 Limited Parkway<br>Reynoldsburg, OH 43068<br>US<br>1-866-473-4728 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 12-Oct-2025 | 25-Oct-2025 | 31-Oct-2025 | 95,900.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Total Earnings (with imputed earnings) | 3,690.37 | 86,140.34 |
| Less: Imputed Earnings | 1.91 | 41.32 |
| Pretax Deductions | 222.77 | 5,000.09 |
| Employee Tax Deductions | 978.60 | 23,530.54 |
| Voluntary Deductions | 82.55 | 1,898.86 |
| Net Payment | 2,404.54 | 55,669.53 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Earnings Details | Start Date | End Date | Hours | Rate | Multiple | Amount |
| Regular Hourly | | | 71.78 | | | 3,309.48 |
| Paid Time Off Payment | | | 5.00 | | | 230.53 |
| Salary Basis Exempt | | | 75.00 | | | 3,457.93 |
| Salary Offset | | | -71.78 | | | -3,309.48 |

| Earnings Summary | Current | Year to Date |
|---|---|---|
| Basic Life Taxable – Imputed | 1.91 | 41.12 |
| Basic Life Taxable Retro – Imputed | 0.00 | 0.20 |
| Holiday Worked | 0.00 | 0.00 |
| Holiday Worked Retro | 0.00 | 0.00 |
| Bereavement Leave Payment | 0.00 | 720.00 |
| Floating Holiday Payment | 0.00 | 2,546.55 |
| Paid Time Off Payment | 230.53 | 7,863.96 |
| Regular Hourly | 3,309.48 | 68,238.43 |
| Salary Basis Exempt | 3,457.93 | 69,396.46 |
| Salary Offset | -3,309.48 | -68,598.43 |
| Sales Bonus | 0.00 | 5,572.05 |
| Store Closed Unplanned | 0.00 | 360.00 |
| **Total Earnings** | **3,690.37** | **86,140.34** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Anthem Low Deductible Plan Before Tax | 72.81 | 1,601.82 |
| Delta Dental Plus Plan BeforeTax | 6.67 | 146.74 |
| Health Care Flexible Spending | 65.38 | 1,438.46 |
| Pre Tax 401k | 73.77 | 1,721.99 |
| VSP Signature Plan Before Tax | 4.14 | 91.08 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |

**Payslip**  Page: 2 of 2

|  | Current | Year to Date |
|---|---:|---:|
| Federal Income Tax Withheld | **440.33** | **10,754.99** |
| Medicare Employee Withheld | **51.35** | **1,201.50** |
| Social Security Employee Withheld | **219.57** | **5,137.46** |
| State Disability Employee Withheld (NJ) | **8.49** | **198.12** |
| State Unemployment Insurance Employee Withheld (NJ) | **0.00** | **184.02** |
| Family Leave Insurance Employee Withheld (NJ) | **12.18** | **284.26** |
| State Income Tax Withheld (PA) | **108.66** | **2,542.61** |
| City Withheld (PA,Philadelphia,Philadelphia) | **138.02** | **3,227.58** |

| After Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Associate Stock Purchase | 0.00 | 1,260.00 |
| Employee Stock Purchase Adj | 0.00 | -1,276.29 |
| Legal Insurance Plan | 8.78 | 193.16 |
| Roth 401k | 73.77 | 1,721.99 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 49655068818 |  |  | XXXXXX0508 | USD | **2,404.54** |

|  | TOTAL EARNINGS | FED TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---:|---:|---:|---:|---:|
| **Current** | 3,690.37 | 3,467.60 | 978.60 | 305.32 | 2,404.54 |
| **YTD** | 86,140.34 | 81,140.25 | 23,530.54 | 6,898.95 | 55,669.53 |

| YEAR-TO-DATE | PTO* | NET PAY DISTRIBUTION | | | CURRENT HOURS WORKED SUMMARY |
|---|---:|---|---|---:|---:|
| **Taken** | 171.84 | **Advice#** | **Account Type** | **Deposit Amount** | 75.00 |
|  |  | 3223313 | **CHECKING** | 2,404.54 |  |
| **Balance** | 20.16 | TOTAL |  | 2,404.54 |  |

*If you have a balance, the balance is not an indication of PTO payout upon termination of employment. Payout will vary by state and the actual amount of PTO accrued and unused at the time of termination.

## Payslip

Page: 1 of 2

| Employee Name | Payroll | Position |
|---|---|---|
| Andrew Bruggman | US Biweekly | BBW-Centerton Square 02761-Store Manager-FT-Reg |
| **Associate Number** | **Salary Basis Name** | **Company** |
| 3223313 | USD Salary Exempt | Bath & Body Works, LLC |
| **Hire Date** | **Employee Address** | **Company Address** |
| 25-Mar-2018 | 8615 Ditman St<br>Philadelphia, PA 19136<br>US | 7 Limited Parkway<br>Reynoldsburg, OH 43068<br>US<br>1-866-473-4728 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 26-Oct-2025 | 8-Nov-2025 | 14-Nov-2025 | 95,900.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Total Earnings (with imputed earnings) | 3,690.37 | 89,830.71 |
| Less: Imputed Earnings | 1.91 | 43.23 |
| Pretax Deductions | 222.78 | 5,222.87 |
| Employee Tax Deductions | 978.59 | 24,509.13 |
| Voluntary Deductions | 82.55 | 1,981.41 |
| Net Payment | 2,404.54 | 58,074.07 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Earnings Details | Start Date | End Date | Hours | Rate | Multiple | Amount |
| Regular Hourly | | | 83.41 | | | 3,845.66 |
| Salary Basis Exempt | | | 80.00 | | | 3,688.46 |
| Salary Offset | | | -83.41 | | | -3,845.66 |

| Earnings Summary | Current | Year to Date |
|---|---|---|
| Basic Life Taxable – Imputed | 1.91 | 43.03 |
| Basic Life Taxable Retro – Imputed | 0.00 | 0.20 |
| Holiday Worked | 0.00 | 0.00 |
| Holiday Worked Retro | 0.00 | 0.00 |
| Bereavement Leave Payment | 0.00 | 720.00 |
| Floating Holiday Payment | 0.00 | 2,546.55 |
| Paid Time Off Payment | 0.00 | 7,863.96 |
| Regular Hourly | 3,845.66 | 72,084.09 |
| Salary Basis Exempt | 3,688.46 | 73,084.92 |
| Salary Offset | -3,845.66 | -72,444.09 |
| Sales Bonus | 0.00 | 5,572.05 |
| Store Closed Unplanned | 0.00 | 360.00 |
| **Total Earnings** | **3,690.37** | **89,830.71** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Anthem Low Deductible Plan Before Tax | 72.81 | 1,674.63 |
| Delta Dental Plus Plan BeforeTax | 6.67 | 153.41 |
| Health Care Flexible Spending | 65.39 | 1,503.85 |
| Pre Tax 401k | 73.77 | 1,795.76 |
| VSP Signature Plan Before Tax | 4.14 | 95.22 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |

**Payslip**  Page: 2 of 2

|  |  |  |
|---|---:|---:|
| Federal Income Tax Withheld | **440.33** | **11,195.32** |
| Medicare Employee Withheld | **51.35** | **1,252.85** |
| Social Security Employee Withheld | **219.56** | **5,357.02** |
| State Income Tax Withheld (PA) | **108.66** | **2,651.27** |
| State Disability Employee Withheld (NJ) | **8.49** | **206.61** |
| State Unemployment Insurance Employee Withheld (NJ) | **0.00** | **184.02** |
| Family Leave Insurance Employee Withheld (NJ) | **12.18** | **296.44** |
| City Withheld (PA,Philadelphia,Philadelphia) | **138.02** | **3,365.60** |

| After Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Associate Stock Purchase | 0.00 | 1,260.00 |
| Employee Stock Purchase Adj | 0.00 | -1,276.29 |
| Legal Insurance Plan | 8.78 | 201.94 |
| Roth 401k | 73.77 | 1,795.76 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 49786925233 |  |  | XXXXXX9339 | USD | 2,404.54 |

|  | **TOTAL EARNINGS** | **FED TAXABLE WAGES** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---:|---:|---:|---:|---:|
| **Current** | 3,690.37 | 3,467.59 | 978.59 | 305.33 | 2,404.54 |
| **YTD** | 89,830.71 | 84,607.84 | 24,509.13 | 7,204.28 | 58,074.07 |

| **YEAR-TO-DATE** | **PTO*** | **NET PAY DISTRIBUTION** | | | **CURRENT HOURS WORKED SUMMARY** |
|---|---:|---|---:|---|---:|
| **Taken** | 171.84 | **Advice#** | **Account Type** | **Deposit Amount** | 80.00 |
|  |  | 3223313 | **CHECKING** | 2,404.54 |  |
| **Balance** | 20.16 | TOTAL |  | 2,404.54 |  |

*If you have a balance, the balance is not an indication of PTO payout upon termination of employment. Payout will vary by state and the actual amount of PTO accrued and unused at the time of termination.

## Payslip

Page: 1 of 2

| Employee Name | Payroll | Position |
|---|---|---|
| Andrew Bruggman | US Biweekly | BBW-Centerton Square 02761-Store Manager-FT-Reg |
| **Associate Number** | **Salary Basis Name** | **Company** |
| 3223313 | USD Salary Exempt | Bath & Body Works, LLC |
| **Hire Date** | **Employee Address** | **Company Address** |
| 25-Mar-2018 | 8615 Ditman St<br>Philadelphia, PA 19136<br>US | 7 Limited Parkway<br>Reynoldsburg, OH 43068<br>US<br>1-866-473-4728 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 9-Nov-2025 | 22-Nov-2025 | 28-Nov-2025 | 95,900.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Total Earnings (with imputed earnings) | 3,690.37 | 93,521.08 |
| Less: Imputed Earnings | 1.91 | 45.14 |
| Pretax Deductions | 222.77 | 5,445.64 |
| Employee Tax Deductions | 978.60 | 25,487.73 |
| Voluntary Deductions | 82.55 | 2,063.96 |
| Net Payment | 2,404.54 | 60,478.61 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Earnings Details | Start Date | End Date | Hours | Rate | Multiple | Amount |
| Regular Hourly | | | 87.03 | | | 4,012.56 |
| Salary Basis Exempt | | | 80.00 | | | 3,688.46 |
| Salary Offset | | | -87.03 | | | -4,012.56 |

| Earnings Summary | Current | Year to Date |
|---|---|---|
| Basic Life Taxable – Imputed | 1.91 | 44.94 |
| Basic Life Taxable Retro – Imputed | 0.00 | 0.20 |
| Holiday Worked | 0.00 | 0.00 |
| Holiday Worked Retro | 0.00 | 0.00 |
| Bereavement Leave Payment | 0.00 | 720.00 |
| Floating Holiday Payment | 0.00 | 2,546.55 |
| Paid Time Off Payment | 0.00 | 7,863.96 |
| Regular Hourly | 4,012.56 | 76,096.65 |
| Salary Basis Exempt | 3,688.46 | 76,773.38 |
| Salary Offset | -4,012.56 | -76,456.65 |
| Sales Bonus | 0.00 | 5,572.05 |
| Store Closed Unplanned | 0.00 | 360.00 |
| **Total Earnings** | **3,690.37** | **93,521.08** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Anthem Low Deductible Plan Before Tax | 72.81 | 1,747.44 |
| Delta Dental Plus Plan BeforeTax | 6.67 | 160.08 |
| Health Care Flexible Spending | 65.38 | 1,569.23 |
| Pre Tax 401k | 73.77 | 1,869.53 |
| VSP Signature Plan Before Tax | 4.14 | 99.36 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |

**Payslip**

|  |  |  |
|---|---:|---:|
| Federal Income Tax Withheld | **440.33** | **11,635.65** |
| Medicare Employee Withheld | **51.35** | **1,304.20** |
| Social Security Employee Withheld | **219.57** | **5,576.59** |
| State Disability Employee Withheld (NJ) | **8.49** | **215.10** |
| State Unemployment Insurance Employee Withheld (NJ) | **0.00** | **184.02** |
| Family Leave Insurance Employee Withheld (NJ) | **12.18** | **308.62** |
| State Income Tax Withheld (PA) | **108.66** | **2,759.93** |
| City Withheld (PA,Philadelphia,Philadelphia) | **138.02** | **3,503.62** |

| After Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Associate Stock Purchase | 0.00 | 1,260.00 |
| Employee Stock Purchase Adj | 0.00 | -1,276.29 |
| Legal Insurance Plan | 8.78 | 210.72 |
| Roth 401k | 73.77 | 1,869.53 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 49913994384 |  |  | XXXXXX9339 | USD | **2,404.54** |

|  | **TOTAL EARNINGS** | **FED TAXABLE WAGES** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---:|---:|---:|---:|---:|
| **Current** | 3,690.37 | 3,467.60 | 978.60 | 305.32 | 2,404.54 |
| **YTD** | 93,521.08 | 88,075.44 | 25,487.73 | 7,509.60 | 60,478.61 |

| **YEAR-TO-DATE** | **PTO*** | **NET PAY DISTRIBUTION** | | | **CURRENT HOURS WORKED SUMMARY** |
|---|---:|---|---|---:|---:|
| **Taken** | 171.84 | **Advice#** <br> 3223313 | **Account Type** <br> **CHECKING** | **Deposit Amount** <br> 2,404.54 | 80.00 |
| **Balance** | 20.16 | TOTAL |  | 2,404.54 |  |

*If you have a balance, the balance is not an indication of PTO payout upon termination of employment. Payout will vary by state and the actual amount of PTO accrued and unused at the time of termination.

**Payslip**                                                                                    Page: 1 of 2

| Employee Name | Payroll | Position |
|---|---|---|
| Andrew Bruggman | US Biweekly | BBW-Centerton Square 02761-Store Manager-FT-Reg |
| **Associate Number** | **Salary Basis Name** | **Company** |
| 3223313 | USD Salary Exempt | Bath & Body Works, LLC |
| **Hire Date** | **Employee Address** | **Company Address** |
| 25-Mar-2018 | 8615 Ditman St<br>Philadelphia, PA 19136<br>US | 7 Limited Parkway<br>Reynoldsburg, OH 43068<br>US<br>1-866-473-4728 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 23-Nov-2025 | 6-Dec-2025 | 12-Dec-2025 | 95,900.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Total Earnings (with imputed earnings) | 3,690.37 | 97,211.45 |
| Less: Imputed Earnings | 1.91 | 47.05 |
| Pretax Deductions | 222.78 | 5,668.42 |
| Employee Tax Deductions | 978.59 | 26,466.32 |
| Voluntary Deductions | 82.55 | 2,146.51 |
| Net Payment | 2,404.54 | 62,883.15 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Earnings Details | Start Date | End Date | Hours | Rate | Multiple | Amount |
| Regular Hourly | | | 85.59 | | | 3,946.20 |
| Salary Basis Exempt | | | 80.00 | | | 3,688.46 |
| Salary Offset | | | -85.59 | | | -3,946.20 |

| Earnings Summary | Current | Year to Date |
|---|---|---|
| Basic Life Taxable – Imputed | 1.91 | 46.85 |
| Basic Life Taxable Retro – Imputed | 0.00 | 0.20 |
| Holiday Worked | 0.00 | 0.00 |
| Holiday Worked Retro | 0.00 | 0.00 |
| Bereavement Leave Payment | 0.00 | 720.00 |
| Floating Holiday Payment | 0.00 | 2,546.55 |
| Paid Time Off Payment | 0.00 | 7,863.96 |
| Regular Hourly | 3,946.20 | 80,042.85 |
| Salary Basis Exempt | 3,688.46 | 80,461.84 |
| Salary Offset | -3,946.20 | -80,402.85 |
| Sales Bonus | 0.00 | 5,572.05 |
| Store Closed Unplanned | 0.00 | 360.00 |
| **Total Earnings** | **3,690.37** | **97,211.45** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Anthem Low Deductible Plan Before Tax | 72.81 | 1,820.25 |
| Delta Dental Plus Plan BeforeTax | 6.67 | 166.75 |
| Health Care Flexible Spending | 65.39 | 1,634.62 |
| Pre Tax 401k | 73.77 | 1,943.30 |
| VSP Signature Plan Before Tax | 4.14 | 103.50 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |

**Payslip**  Page: 2 of 2

|  |  |  |
|---|---:|---:|
| Federal Income Tax Withheld | **440.33** | **12,075.98** |
| Medicare Employee Withheld | 51.35 | 1,355.55 |
| Social Security Employee Withheld | 219.56 | 5,796.15 |
| State Disability Employee Withheld (NJ) | 8.49 | 223.59 |
| State Unemployment Insurance Employee Withheld (NJ) | 0.00 | 184.02 |
| Family Leave Insurance Employee Withheld (NJ) | 12.18 | 320.80 |
| State Income Tax Withheld (PA) | 108.66 | 2,868.59 |
| City Withheld (PA,Philadelphia,Philadelphia) | 138.02 | 3,641.64 |

| After Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Associate Stock Purchase | 0.00 | 1,260.00 |
| Employee Stock Purchase Adj | 0.00 | -1,276.29 |
| Legal Insurance Plan | 8.78 | 219.50 |
| Roth 401k | 73.77 | 1,943.30 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 50072128458 | | | XXXXXX9339 | USD | 2,404.54 |

|  | **TOTAL EARNINGS** | **FED TAXABLE WAGES** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---:|---:|---:|---:|---:|
| **Current** | 3,690.37 | 3,467.59 | 978.59 | 305.33 | 2,404.54 |
| **YTD** | 97,211.45 | 91,543.03 | 26,466.32 | 7,814.93 | 62,883.15 |

| **YEAR-TO-DATE** | **PTO*** | **NET PAY DISTRIBUTION** | | | **CURRENT HOURS WORKED SUMMARY** |
|---|---:|---|---|---:|---:|
| **Taken** | 171.84 | **Advice#** | **Account Type** | **Deposit Amount** | 80.00 |
|  |  | 3223313 | **CHECKING** | 2,404.54 |  |
| **Balance** | 20.16 | TOTAL |  | 2,404.54 |  |

*If you have a balance, the balance is not an indication of PTO payout upon termination of employment. Payout will vary by state and the actual amount of PTO accrued and unused at the time of termination.