| IN RE:<br><br>ANDREW BRUGGMAN, JR.,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA<br><br>Chapter 13<br>Case No. 25-15064-DJB |
|---|---|

## CERTIFICATE OF SERVICE

I, Patricia A. Ames, Esquire, attorney for the Debtor herein, hereby certify that on April 1, 2026, I caused a true and correct copy of the following documents to be served upon the parties listed below:

1.  Debtor's First Amended Chapter 13 Plan;

2.  Amended Schedule A/B: Property;

3.  Amended Schedule C: The Property You Claim as Exempt;

4.  Amended Schedule I: Your Income;

5.  Amended Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum); and

6.  Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1).

Service was made by first-class mail, postage prepaid, upon the following:

a.  **Kenneth E. West, Esquire**
    Chapter 13 Standing Trustee
    190 N. Independence Mall West
    Suite 701
    Philadelphia, PA 19106; and

b.  All creditors and parties in interest listed on the Debtor's mailing matrix maintained by the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

**I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge information, and belief.**

Date: April 1, 2026

/s/ Patricia A. Ames
Patricia A. Ames, Esquire
Ames Law Group, LLC