# Earnings   Statement

CO
CU6
FANJ: SBUX Corp NJ Field Operations

*Starbucks  Corporation*
*2401  Utah  Ave  South*
*Seattle  WA  98134*

| | |
|---|---|
| Employee ID | 037219457 |
| | Page 001 of 001 |
| Period Beg/End: | 02/02/2026 - 02/15/2026 |
| Advice Date: | 02/20/2026 |
| Advice Number: | 2194570001 |

**ANDREW  BRUGGMAN**
**8615  DITMAN  ST**
**PHILADELPHIA,     PA  19136**

**For inquiries on this statement please call: 888-728-9411**

Total Hours Worked:       79.86
Basis of Pay:        Sal Non-Ex
Pay Rate:          3,538.46

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| MgrInTrn | 44.23 | 79.79 | 3,529.11 | 3,529.11 |
| Mgr in Trng | 66.35 | 0.07 | 4.65 | 4.65 |
| Gross Pay | | | 3,533.76 | 3,533.76 |

**Tax Deductions**

| | | This Period | Year-to-Date |
|---|---|---|---|
| FED Withholding  Tax | | 437.81 | 437.81 |
| Social  Security  Tax | | 219.09 | 219.09 |
| Medicare  Tax | | 51.24 | 51.24 |
| NJ Unemployment  Tax | | 13.52 | 13.52 |
| NJ Workforce  Devlpmt  T | | 1.50 | 1.50 |
| NJ Disability  Tax | | 6.71 | 6.71 |
| NJ Family  Leave  Insur | | 8.13 | 8.13 |
| PA Withholding  Tax | | 108.49 | 108.49 |
| PBKX Withholding  Tax | | 132.16 | 132.16 |
| Tax Deduction  Total | | 978.65 | 978.65 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 2,555.11 | 2,555.11 |

**Direct Deposit Summary**
XXXXXX9339          2,555.11

| Other Benefit Info | Earned | Taken | Balance |
|---|---|---|---|
| Paid Vacation  -Grant | 80.00 | 0.00 | 80.00 |
| Protected  Sick  Time | 3.19 | 0.00 | 3.19 |

**BEN Hours**        79.86

© 2002 AutomaticData Processing (PCSUVO)

**Starbucks   Corporation**
**2401  Utah  Ave  South**
**Seattle   WA  98134**

| | |
|---|---|
| **Advice   Number:** | **2194570001** |
| **Advice   Date:** | **02/20/2026** |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | | Account Number | Transit  ABA | Amount |
|---|---|---|---|---|
| ANDREW BRUGGMAN | Checking | XXXXXX9339 | 083000137 | 2555.11 |

# Earnings Statement



CO
CU6
FANJ: SBUX Corp NJ Field Operations

*Starbucks Corporation*
*2401 Utah Ave South*
*Seattle WA 98134*

| | |
|---|---|
| Employee ID | 037219457 |
| | Page 001 of 001 |
| Period Beg/End: | 02/16/2026 - 03/01/2026 |
| Advice Date: | 03/06/2026 |
| Advice Number: | 2194570002 |

**ANDREW BRUGGMAN**
**8615 DITMAN ST**
**PHILADELPHIA,    PA  19136**

**For inquiries on this statement please call: 888-728-9411**

Total Hours Worked:     56.34
Basis of Pay:        Sal Non-Ex
Pay Rate:          3,538.46

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| MgrInTrn | 44.23 | 56.34 | 2,491.92 | 6,021.03 |
| Mgr in Trng | | | | 4.65 |
| **Imputed Income** | | | | |
| Spotify | | | 11.00 | 11.00 |
| Gross Pay | | | 2,491.92 | 6,025.68 |

**Tax Deductions**

| | | | |
|---|---|---|---|
| FED Withholding Tax | | 216.50 | 654.31 |
| Social Security Tax | | 155.18 | 374.27 |
| Medicare Tax | | 36.29 | 87.53 |
| NJ Unemployment Tax | | 9.57 | 23.09 |
| NJ Workforce Devlpmt T | | 1.07 | 2.57 |
| NJ Disability Tax | | 4.76 | 11.47 |
| NJ Family Leave Insur | | 5.75 | 13.88 |
| PA Withholding Tax | | 76.84 | 185.33 |
| PBKX Withholding Tax | | 93.61 | 225.77 |
| Tax Deduction Total | | 599.57 | 1,578.22 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Post-Tax Deductions** | | |
| EmergSav | 40.00 | 40.00 |
| Total Post-Tax | 40.00 | 40.00 |
| Net Pay | 1,852.35 | 4,407.46 |

**Direct Deposit Summary**

XXXXXX9339       1,852.35

| Other Benefit Info | Earned | Taken | Balance |
|---|---|---|---|
| Paid Vacation -Grant | 80.00 | 0.00 | 80.00 |
| Protected Sick Time | 5.45 | 0.00 | 5.45 |

**BEN Hours**          136.20

© 2002 AutomaticData Processing (PCSUVO)



**Starbucks Corporation**
**2401 Utah Ave South**
**Seattle WA 98134**

| | |
|---|---|
| **Advice Number:** | **2194570002** |
| **Advice Date:** | **03/06/2026** |

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| ANDREW BRUGGMAN | Checking | XXXXXX9339 | 083000137 | 1852.35 |

**Earnings Statement**

CO
CU6
FANJ: SBUX Corp NJ Field Operations

*Starbucks Corporation*
*2401 Utah Ave South*
*Seattle WA 98134*

| | |
|---|---|
| Employee ID | 037219457 |
| | Page 001 of 001 |
| Period Beg/End: | 03/02/2026 - 03/15/2026 |
| Advice Date: | 03/20/2026 |
| Advice Number: | 2194570003 |

**ANDREW BRUGGMAN**
**8615 DITMAN ST**
**PHILADELPHIA, PA 19136**

**For inquiries on this statement please call: 888-728-9411**

Total Hours Worked: 80.77
Basis of Pay: Sal Non-Ex
Pay Rate: 3,538.46

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| MgrInTrn | 44.23 | 80.00 | 3,538.40 | 9,559.43 |
| Mgr in Trng | 66.41 | 0.77 | 51.14 | 55.79 |

**Imputed Income**

| | | | | |
|---|---|---|---|---|
| Spotify | | | | 11.00 |
| Gross Pay | | | 3,589.54 | 9,615.22 |

**Tax Deductions**

| | | This Period | Year-to-Date |
|---|---|---|---|
| FED Withholding Tax | | 450.08 | 1,104.39 |
| Social Security Tax | | 222.56 | 596.83 |
| Medicare Tax | | 52.05 | 139.58 |
| NJ Unemployment Tax | | 13.73 | 36.82 |
| NJ Workforce Devlpmt T | | 1.52 | 4.09 |
| NJ Disability Tax | | 6.82 | 18.29 |
| NJ Family Leave Insur | | 8.26 | 22.14 |
| PA Withholding Tax | | 110.20 | 295.53 |
| PBKX Withholding Tax | | 134.25 | 360.02 |
| Tax Deduction Total | | 999.47 | 2,577.69 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Post-Tax Deductions** | | |
| EmergSav | 40.00 | 80.00 |
| Total Post-Tax | 40.00 | 80.00 |
| Net Pay | 2,550.07 | 6,957.53 |

**Direct Deposit Summary**
XXXXXX9339      2,550.07

| Other Benefit Info | Earned | Taken | Balance |
|---|---|---|---|
| Paid Vacation -Grant | 80.00 | 0.00 | 80.00 |
| Protected Sick Time | 8.68 | 0.00 | 8.68 |

**BEN Hours**      216.97

© 2002 Automatic Data Processing (PCSUVO)

**Starbucks Corporation**
**2401 Utah Ave South**
**Seattle WA 98134**

| | |
|---|---|
| **Advice Number:** | **2194570003** |
| **Advice Date:** | **03/20/2026** |

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| ANDREW BRUGGMAN | Checking | XXXXXX9339 | 083000137 | 2550.07 |