Patricia A. Ames, Esquire
Ames Law Group, LLC
24 Veterans Square
Media, PA 19063
(888) 200-1270
paa@getameslaw.com
PA Attorney ID No. 325396
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| ANDREW BRUGGMAN, JR., | Bky. No. 25-15064-DJB |
| Debtor. | Honorable Derek J. Baker |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND VIDEO HEARING DATE**

Andrew Bruggman, Jr., the Debtor, has filed the Debtor's Motion to Confirm Second Amended Chapter 13 Plan and, in the Alternative, to Compel the Chapter 13 Trustee to State His Objections to Confirmation in Writing and to Schedule a Status Conference with the court for an order confirming the Debtor's Second Amended Chapter 13 Plan or, in the alternative, directing the Chapter 13 Trustee to file and serve a written statement of each objection to confirmation within seven days, scheduling a status conference, and directing that confirmation not be continued further absent a written objection filed and served under Federal Rule of Bankruptcy Procedure 3015(f) and L.B.R. 3015-4.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **October 22, 2026**, you or your attorney must file a response to the Motion. (See Instructions on next page.)

3. A hearing on the Motion is scheduled to be held on **October 29, 2026, at 11:00 a.m.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

   ■ Video Conference on ZoomGov (zoomgov.com/join), Meeting ID 161 0657 4791. If no link is provided, the video conference link will be included on the hearing calendar.

   ■ In-Person participation is also available for this hearing, in Courtroom #2, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at: Clerk, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Patricia A. Ames, Esquire
Ames Law Group, LLC
24 Veterans Square
Media, PA 19063
Phone and Fax: (888) 200-1270
paa@getameslaw.com

Respectfully submitted,

Patricia A. Ames, Esquire Date: October 4, 2026

Patricia A. Ames, Esquire
Ames Law Group, LLC
24 Veterans Square
Media, PA 19063
(888) 200-1270
paa@getameslaw.com
PA Attorney ID No. 325396
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| ANDREW BRUGGMAN, JR., | Bky. No. 25-15064-DJB |
| Debtor. | Honorable Derek J. Baker |

## CERTIFICATE OF SERVICE

I, Patricia A. Ames, Esquire, certify that on the date set forth below I caused a true and correct copy of the foregoing Notice of Motion, Response Deadline and Video Hearing Date, together with the Motion, its Exhibits and the proposed Order, to be served upon the parties listed below by the Court's CM/ECF system and by first class United States mail, postage prepaid:

Kenneth E. West, Esquire, Standing Chapter 13 Trustee
190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106

LeeAne O. Huggins, Esquire, Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106

Office of the United States Trustee
Robert N.C. Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Patricia A. Ames, Esquire

Date: October 4, 2026