**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** Andrew Bruggman, Jr. | : | **Chapter** 13 |
| | : | |
| **Debtor** | : | **Bky. No.** 25-15064-DJB |

* * * * * * *

## CERTIFICATION OF SERVICE

I, Patricia A. Ames, Esquire, certify that on 10/13/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Document 1 Third Amended Chapter 13 Plan
- Document 2 Amended Schedule I, Amended Schedule J, Amended Summary of Assets and Liabilities (Official Form 106Sum) and Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- Document 3 Amended Statement of Financial Affairs (Official Form 107) and Amended Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 10/13/2026

/s/ Patricia A. Ames
Patricia A. Ames, Esquire, PA Attorney ID No. 325396
Ames Law Group, LLC
24 Veterans Square
Media, PA 19063
(888) 200-1270
paa@getameslaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name Kenneth E. West, Esquire, Chapter 13 Standing Trustee
Address 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party Chapter 13 Trustee
Via: ☒ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name LeeAne O. Huggins, Esquire, Office of the Chapter 13 Standing Trustee
Address 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party Staff Attorney for Chapter 13 Trustee
Via: ☒ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Office of the United States Trustee
Address Robert N.C. Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party U.S. Trustee
Via: ☒ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Andrew Bruggman, Jr.
Address 8615 Ditman Street, Philadelphia, PA 19136
Relationship of Party Debtor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Matthew K. Fissel, Esquire, KML Law Group, P.C.
Address 701 Market Street, Suite 5000, Philadelphia, PA 19106
Relationship of Party Counsel for Rocket Mortgage, LLC
Via: ☒ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Rocket Mortgage
Address 1050 Woodward Avenue, Detroit, MI 48226
Relationship of Party Secured Creditor, principal residence
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Navy Federal Credit Union
Address PO Box 3700, Merrifield, VA 22119
Relationship of Party Secured Creditor, 2022 Toyota RAV4
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name Navy Federal
Address PO Box 3700, Merrifield, VA 22119
Relationship of Party Creditor (Matrix Address)
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name LVNV Funding, LLC
Address c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name American Express
Address PO Box 297871, Fort Lauderdale, FL 33329
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Apple Card / GS Bank USA
Address Lockbox 6112, PO Box 7247, Philadelphia, PA 19170
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Barclays Bank Delaware
Address PO Box 8803, Wilmington, DE 19899
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Capital One Bank USA
Address PO Box 31293, Salt Lake City, UT 84131
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name Citicards CBNA
Address PO Box 6241, Sioux Falls, SD 57117
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Comenity Capital / AAA Rewards
Address PO Box 182120, Columbus, OH 43218
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Discover Card
Address PO Box 30939, Salt Lake City, UT 84130
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Discover Personal Loans
Address PO Box 30954, Salt Lake City, UT 84130
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name SoFi Bank, National Association
Address 2750 E Cottonwood Parkway S, Cottonwood Heights, UT 84121
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name SYNCB / JC Penney
Address PO Box 965007, Orlando, FL 32896
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name TD Bank USA / Target Credit
Address PO Box 673, Minneapolis, MN 55440
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name THD / CBNA
Address PO Box 6497, Sioux Falls, SD 57117
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name Wells Fargo Card Services
Address PO Box 393, Minneapolis, MN 55480
Relationship of Party Unsecured Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: