Patricia A. Ames, Esquire
Ames Law Group, LLC
24 Veterans Square
Media, PA 19063
(888) 200-1270
paa@getameslaw.com
PA Attorney ID No. 325396
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**ANDREW BRUGGMAN, JR.,**<br>Debtor. | Chapter 13<br><br>Case No. 25-15064-DJB |

**PRAECIPE TO WITHDRAW MOTION**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Debtor's Motion to Confirm Second Amended Chapter 13 Plan, or in the Alternative, Motion to Compel Trustee to State Objections in Writing; Request for Status Conference, filed on October 3, 2026 at Docket No. 34.

Respectfully submitted,

________________________________
Patricia A. Ames, Esquire Date: October 14, 2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**ANDREW BRUGGMAN, JR.,**<br>Debtor. | Chapter 13<br><br>Case No. 25-15064-DJB |

## CERTIFICATE OF SERVICE

I, Patricia A. Ames, Esquire, counsel for the Debtor, hereby certify that on October 14, 2026, I served a true and correct copy of the foregoing Praecipe to Withdraw Motion upon the following parties in the manner indicated:

**Kenneth E. West, Esquire, Standing Chapter 13 Trustee**
Via CM/ECF electronic notice

**LeeAne O. Huggins, Esquire, Office of the Chapter 13 Standing Trustee**
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Via CM/ECF electronic notice

**Office of the United States Trustee**
Via CM/ECF electronic notice

**Matthew K. Fissel, Esquire, KML Law Group, Counsel for Rocket Mortgage, LLC**
Via CM/ECF electronic notice

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Via first class mail, postage prepaid

Respectfully submitted,

___________________________________
Patricia A. Ames, Esquire Date: October 14, 2026